No. 243. DUNNE v. MARYLAND. See same case, *ante*, p. 564.

No. 266. STEARNS, RECEIVER, ET AL. v. LORENZ ET AL. See same case, *ante*, p. 565.

No. 387. FOUTS ET AL. v. GEORGIA. See same case, *ante*, p. 569.

No. 136. HAWKS v. IOWA. October 10, 1932. Petition for writ of certiorari to the Supreme Court of Iowa, and motion for leave to proceed further *in forma pauperis*, denied. Mr. *Henry Hawks, pro se*. No appearance for respondent.

No. 201. SALISBURY v. SALISBURY. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Adele T. Salisbury, pro se*. No appearance for respondent.

No. 209. MORRIS v. UNITED STATES. October 10, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed further *in forma pauperis*, denied. Mr. *Cedric F. Johnson* for petitioner. No appearance for the United States.